EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | 2022 TSPR 13      |
|                             |                   |
| Herman F. Valentín Figueroa | 208 DPR _____     |

Número del Caso: TS-7,971

Fecha: 28 de enero de 2022

Abogado del peticionario:

Lcda. Bárbara Cruz Muñiz

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Herman F. Valentín Figueroa          TS-7,971

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de enero de 2022.

Examinada la *Solicitud de reinstalación* presentada el 24 de enero de 2022, se provee ha lugar. En consecuencia, se reinstala al Sr. Herman F. Valentín Figueroa únicamente al ejercicio de la abogacía, según solicitó.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo